# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: ESTATE OF GREGG A. SCHWOTZER, DECEASED

CROSSGATES, INC., A PENNSYLVANIA BUSINESS CORPORATION, CROSSGATES MANAGEMENT, INC., A PENNSYLVANIA BUSINESS CORPORATION, ARTHUR C. SCHWOTZER, AN INDIVIDUAL, AND RYAN A. SCHWOTZER, AN INDIVIDUAL

v.

ESTATE OF GREGG A. SCHWOTZER, DECEASED, AND PAMELA Z. SCHWOTZER, INDIVIDUALLY AND IN HER CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GREGG A. SCHWOTZER, DECEASED

PETITION OF: CROSSGATES, INC., A PENNSYLVANIA BUSINESS CORPORATION, ARTHUR C. SCHWOTZER, AN INDIVIDUAL

: No. 261 WAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

IN RE: ESTATE OF GREGG A. SCHWOTZER, DECEASED

CROSSGATES, INC., A PENNSYLVANIA BUSINESS CORPORATION, CROSSGATES MANAGEMENT, INC., A PENNSYLVANIA BUSINESS CORPORATION, ARTHUR C. SCHWOTZER, AN INDIVIDUAL, AND RYAN A. SCHWOTZER, AN INDIVIDUAL

v.

: No. 262 WAL 2021
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

ESTATE OF GREGG A. SCHWOTZER,　　　　:
DECEASED, AND PAMELA Z.　　　　　　　　:
SCHWOTZER, INDIVIDUALLY AND IN　　　:
HER CAPACITY AS PERSONAL　　　　　　　:
REPRESENTATIVE OF THE ESTATE OF　　:
GREGG A. SCHWOTZER, DECEASED　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
PETITION OF: CROSSGATES, INC., A　　 :
PENNSYLVANIA BUSINESS　　　　　　　　　　:
CORPORATION, ARTHUR C.　　　　　　　　　:
SCHWOTZER, AN INDIVIDUAL

**ORDER**

**PER CURIAM**

　　　**AND NOW**, this 1st day of March, 2022, the Petition for Allowance of Appeal is

**DENIED**.